102 A.3d 1250

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF AGRICULTURE, Appellee**

v.

**Thomas Carl AMBROSIA and Albert Peter Ambrosia, Appellants.**

**No. 33 MAP 2014.**

Supreme Court of Pennsylvania.

Nov. 6, 2014.

### ORDER

**AND NOW,** this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.